| | | | | | |
|---|---|---|---|---|---|
| Greater Cleveland RTA<br>1240 West Sixth Street<br>Cleveland OH 44113 | | | Pay Begin Date: 03/15/15<br>Pay End Date: 03/28/15 | Check #: 72226201<br>Check Date: 04/09/15 | |
| Amy R. McGowan<br>4302 Swaffield Drive<br>South Euclid, OH 44121 | | Employee ID: 100318<br>Department: 4622 Hayden Transportati<br>Pay Rate: $26.25 | TAX DATA: | Federal | OH State |
| | | | Marital Status:<br>Allowances:<br>Addl Amnt: | Married<br>2.00<br>0.00 | Not Used<br>1.00<br>0.00 |

### EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Spread Time HRLY 50 | 1.20 | 15.76 | 57.28 |
| Overtime Operator | 9.71 | 382.39 | 870.91 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Sick Time Pay | | 0.00 | 420.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| RTA Vacation Pay | | 0.00 | 1,050.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | 78.25 | 2,054.07 | 11,790.21 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 199.80 | 1,072.67 |
| Cleveland | 49.04 | 296.44 |
| South Euclid | 30.65 | 185.28 |
| Medicare | 35.55 | 214.92 |
| PERS | 245.22 | 1,546.16 |
| OSB HMO Hlth OH EE | 0.00 | 629.43 |
| OSB NVA Vision EE | 0.00 | 1.44 |
| OSB MetLife Dental | 0.00 | 8.31 |
| OH State Tax | 65.60 | 372.18 |
| Union Dues ATU | 54.25 | 217.00 |
| Triskett FCU | 153.08 | 1,071.56 |
| OSB Vol ADD EE | 6.40 | 25.60 |
| OSB Vol EE Life EE | 31.00 | 61.00 |
| CleveComSh | 0.00 | 35.67 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,452.22 | 2,207.00 | 380.64 | 489.95 | 1,581.63 |
| YTD: | 15,461.53 | 13,276.19 | 2,141.49 | 3,641.62 | 9,678.42 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 5.93 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 120.00 |

---

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

Date: 04/09/15

Advice No. 72226201

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking Account | XXX5902 | 1,581.63 |
| Total: | | $1,581.63 |

Deposit Amount: $1,581.63

To The Account(s) of
Amy R. McGowan
4302 Swaffield Drive
South Euclid, OH 44121
CK107 - Hayden District

## NON-NEGOTIABLE

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

| | | |
|---|---|---|
| Pay Begin Date: | 03/29/15 | Check #: 441761 |
| Pay End Date: | 04/11/15 | Check Date: 04/25/15 |

Amy R. McGowan
4302 Swaffield Drive
South Euclid, OH 44121

Employee ID: 100318
Department: 4622 Hayden Transportati
Pay Rate: $26.25

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

## EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Hourly Health & Accident | | 383.60 | 383.60 |
| Sick Time Pay | | 0.00 | 551.25 |
| Spread Time HRLY 50 | | 0.00 | 59.25 |
| Overtime Operator | | 0.00 | 1,250.50 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| RTA Vacation Pay | | 0.00 | 1,050.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | | 0.00 | 12,243.81 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 1,074.49 |
| Cleveland | 7.67 | 319.18 |
| South Euclid | 4.80 | 199.50 |
| Medicare | 5.56 | 231.41 |
| PERS | 0.00 | 1,642.80 |
| OSB HMO Hlth OH EE | 0.00 | 839.24 |
| OSB NVA Vision EE | 0.00 | 1.92 |
| OSB MetLife Dental | 0.00 | 11.08 |
| OH State Tax | 3.01 | 384.49 |
| CleveComSh | 0.00 | 47.56 |
| Triskett FCU | 0.00 | 1,224.64 |
| Union Dues ATU | 0.00 | 217.00 |
| OSB Vol ADD EE | 0.00 | 25.60 |
| OSB Vol EE Life EE | 0.00 | 61.00 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 383.60 | 383.60 | 21.04 | 0.00 | 362.56 |
| YTD: | 16,811.54 | 14,316.50 | 2,209.07 | 4,116.29 | 10,486.18 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 2.47 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 120.00 |

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

| | |
|---|---|
| Pay Begin Date: 04/26/15 | Check #: 442412 |
| Pay End Date: 05/09/15 | Check Date: 05/30/15 |

Amy R. McGowan
1450 Golden Gate Drive #D-8
Mayfield Heights, OH 44124

Employee ID: 100318
Department: 4622 Hayden Transportati
Pay Rate: $26.25

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

## EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Hourly Health & Accident | 274.00 | | 1,753.60 |
| Sick Time Pay | | 0.00 | 551.25 |
| Spread Time HRLY 50 | | 0.00 | 59.25 |
| Overtime Operator | | 0.00 | 1,250.50 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| RTA Vacation Pay | | 0.00 | 1,050.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | | 0.00 | 12,243.81 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 1,074.49 |
| Cleveland | 5.48 | 346.58 |
| South Euclid | 3.43 | 216.63 |
| Medicare | 3.97 | 251.27 |
| PERS | 0.00 | 1,642.80 |
| OSB HMO Hlth OH EE | 0.00 | 839.24 |
| OSB NVA Vision EE | 0.00 | 1.92 |
| OSB MetLife Dental | 0.00 | 11.08 |
| OH State Tax | 1.75 | 399.22 |
| CleveComSh | 0.00 | 47.56 |
| Triskett FCU | 0.00 | 1,224.64 |
| Union Dues ATU | 0.00 | 217.00 |
| OSB Vol ADD EE | 0.00 | 25.60 |
| OSB Vol EE Life EE | 0.00 | 61.00 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 274.00 | 274.00 | 14.63 | 0.00 | 259.37 |
| YTD: | 18,181.54 | 15,686.50 | 2,288.19 | 4,116.29 | 11,777.06 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 5.55 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 120.00 |

| Greater Cleveland RTA | | | Pay Begin Date: | 05/10/15 | Check #: | 73057330 |
|---|---|---|---|---|---|---|
| 1240 West Sixth Street | | | | | | |
| Cleveland OH 44113 | | | Pay End Date: | 05/23/15 | Check Date: | 06/04/15 |

| | | | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|
| Amy R. McGowan | Employee ID: 100318 | | Marital Status: | Married | Not Used |
| 1450 Golden Gate Drive #D-8 | Department: 4622 Hayden Transportati | | Allowances: | 2.00 | 1.00 |
| Mayfield Heights, OH 44124 | Pay Rate: $26.25 | | Addl Amnt: | 0.00 | 0.00 |

### EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| RTA Vacation Pay | 40.00 | 1,050.00 | 2,100.00 |
| Hourly Health & Accident | | 0.00 | 1,753.60 |
| Sick Time Pay | | 0.00 | 551.25 |
| Spread Time HRLY 50 | | 0.00 | 59.25 |
| Overtime Operator | | 0.00 | 1,250.50 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | | 0.00 | 12,243.81 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 30.65 | 1,105.14 |
| Cleveland | 21.00 | 367.58 |
| Mayfield Heights | 5.25 | 5.25 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 15.23 | 266.50 |
| PERS | 105.00 | 1,747.80 |
| OSB HMO Hlth OH EE | 0.00 | 839.24 |
| OSB NVA Vision EE | 0.00 | 1.92 |
| OSB MetLife Dental | 0.00 | 11.08 |
| OH State Tax | 18.44 | 417.66 |
| Union Dues ATU | 108.50 | 325.50 |
| Triskett FCU | 153.08 | 1,377.72 |
| OSB Vol ADD EE | 12.80 | 38.40 |
| OSB Vol EE Life EE | 28.00 | 89.00 |
| CleveComSh | 0.00 | 47.56 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,050.00 | 945.00 | 90.57 | 407.38 | 552.05 |
| YTD: | 19,231.54 | 16,631.50 | 2,378.76 | 4,523.67 | 12,329.11 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 7.09 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 80.00 |

---

Greater Cleveland RTA  
1240 West Sixth Street  
Cleveland OH 44113

Date  
06/04/15

Advice No.  
73057330

Deposit Amount: $552.05

To The  
Account(s) of   Amy R. McGowan  
1450 Golden Gate Drive  #D-8  
Mayfield Heights, OH 44124  
CK107 - Hayden District

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking Account | XXX5902 | 552.05 |
| Total: | | $552.05 |

**NON-NEGOTIABLE**

**Greater Cleveland RTA**
1240 West Sixth Street
Cleveland OH 44113

| | |
|---|---|
| Pay Begin Date: | 05/10/15 |
| Pay End Date: | 05/23/15 |

| | |
|---|---|
| Check #: | 442711 |
| Check Date: | 06/13/15 |

Amy R. McGowan
1450 Golden Gate Drive #D-8
Mayfield Heights, OH 44124

Employee ID: 100318
Department: 4622 Hayden Transportati
Pay Rate: $26.25

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

### EARNINGS

| Description | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Hourly Health & Accident | 548.00 | | 2,301.60 |
| RTA Vacation Pay | | 0.00 | 2,100.00 |
| Sick Time Pay | | 0.00 | 551.25 |
| Spread Time HRLY 50 | | 0.00 | 59.25 |
| Overtime Operator | | 0.00 | 1,250.50 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | | 0.00 | 12,243.81 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 1,105.14 |
| Cleveland | 10.96 | 378.54 |
| Mayfield Heights | 2.74 | 7.99 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 7.95 | 274.45 |
| PERS | 0.00 | 1,747.80 |
| OSB HMO Hlth OH EE | 0.00 | 839.24 |
| OSB NVA Vision EE | 0.00 | 1.92 |
| OSB MetLife Dental | 0.00 | 11.08 |
| OH State Tax | 6.49 | 424.15 |
| Union Dues ATU | 0.00 | 325.50 |
| Triskett FCU | 0.00 | 1,377.72 |
| OSB Vol ADD EE | 0.00 | 38.40 |
| OSB Vol EE Life EE | 0.00 | 89.00 |
| CleveComSh | 0.00 | 47.56 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 548.00 | 548.00 | 28.14 | 0.00 | 519.86 |
| YTD: | 19,779.54 | 17,179.50 | 2,406.90 | 4,523.67 | 12,848.97 |

### ACCRUALS

| | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 7.09 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Greater Cleveland RTA | | | Pay Begin Date: 06/07/15 | | Check #: | 73461404 |
| 1240 West Sixth Street | | | Pay End Date: 06/20/15 | | Check Date: | 07/02/15 |
| Cleveland OH 44113 | | | | | | |

| | | |
|---|---|---|
| Amy R. McGowan | Employee ID: 100318 | |
| 1450 Golden Gate Drive #D-8 | Department: 4622 Hayden Transportati | |
| Mayfield Heights, OH 44124 | Pay Rate: $26.25 | |

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

### EARNINGS

| Description | ----- Current ----- Hours | Earnings | --- YTD --- Earnings |
|---|---|---|---|
| Spread Time HRLY 50 | 0.03 | 0.40 | 59.65 |
| Overtime Operator | 25.51 | 1,004.50 | 2,255.00 |
| Hourly Health & Accident | | 0.00 | 2,301.60 |
| RTA Vacation Pay | | 0.00 | 2,100.00 |
| Sick Time Pay | | 0.00 | 551.25 |
| Holiday Pay | | 0.00 | 1,050.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | 64.00 | 1,680.00 | 13,923.81 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 231.21 | 1,336.35 |
| Cleveland | 53.70 | 432.24 |
| Mayfield Heights | 13.42 | 21.41 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 38.93 | 313.38 |
| PERS | 268.49 | 2,016.29 |
| OSB HMO Hlth OH EE | 0.00 | 839.24 |
| OSB NVA Vision EE | 0.00 | 1.92 |
| OSB MetLife Dental | 0.00 | 11.08 |
| OH State Tax | 74.01 | 498.16 |
| Union Dues ATU | 55.95 | 381.45 |
| Triskett FCU | 153.08 | 1,530.80 |
| OSB Vol ADD EE | 6.40 | 44.80 |
| OSB Vol EE Life EE | 14.00 | 103.00 |
| CleveComSh | 0.00 | 47.56 |
| Local 268 Arbitration | 0.00 | 45.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,684.90 | 2,416.41 | 411.27 | 497.92 | 1,775.71 |
| YTD: | 22,464.44 | 19,595.91 | 2,818.17 | 5,021.59 | 14,624.68 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 10.16 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 80.00 |

---

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

Date
07/02/15

Advice No.
73461404

Deposit Amount: $1,775.71

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking Account | XXX5902 | 1,775.71 |

Total: $1,775.71

To The
Account(s) of    Amy R. McGowan
                 1450 Golden Gate Drive #D-8
                 Mayfield Heights, OH 44124
                 CK107 - Hayden District

## NON-NEGOTIABLE

```
Greater Cleveland RTA                                   Pay Begin Date:  06/21/15      Check #:         73738909
1240 West Sixth Street
Cleveland OH 44113                                      Pay End Date:    07/04/15      Check Date:      07/16/15

Amy R. McGowan                 Employee ID: 100318           TAX DATA:            Federal       OH State
1450 Golden Gate Drive  #D-8   Department:  4622 Hayden Transportati   Marital Status: Married       Not Used
Mayfield Heights, OH 44124     Pay Rate:    $26.25           Allowances:          2.00          1.00
                                                             Addl Amnt:           0.00          0.00
```

|                          | EARNINGS |          |              | DEDUCTIONS              |          |           |
|--------------------------|----------|----------|--------------|-------------------------|----------|-----------|
|                          | ----- Current ----- |      | --- YTD ---  |                         |          |           |
| Description              | Hours    | Earnings | Earnings     | Description             | Current  | YTD       |
| Holiday Pay              | 8.00     | 210.00   | 1,260.00     | Federal Tax             | 128.08   | 1,464.43  |
| Spread Time HRLY 50      | 2.50     | 32.82    | 92.47        | Cleveland               | 39.84    | 472.08    |
| Spread Time HRLY 75      | 0.75     | 14.77    | 14.77        | Mayfield Heights        | 9.96     | 31.37     |
| Overtime Operator        | 7.36     | 289.83   | 2,544.83     | South Euclid            | 0.00     | 216.63    |
| Hourly Health & Accident |          | 0.00     | 2,301.60     | Medicare                | 28.88    | 342.26    |
| RTA Vacation Pay         |          | 0.00     | 2,100.00     | PERS                    | 263.12   | 2,279.41  |
| Sick Time Pay            |          | 0.00     | 551.25       | OSB HMO Hlth OH EE      | 629.43   | 1,468.67  |
| Birthday Hol Pay         |          | 0.00     | 210.00       | OSB NVA Vision EE       | 1.44     | 3.36      |
| Accident Report          |          | 0.00     | 13.13        | OSB MetLife Dental      | 8.31     | 19.39     |
| Operator Labor           | 79.38    | 2,083.73 | 16,007.54    | OH State Tax            | 46.38    | 544.54    |
|                          |          |          |              | CleveComSh              | 11.89    | 59.45     |
|                          |          |          |              | Triskett FCU            | 153.08   | 1,683.88  |
|                          |          |          |              | Local 268 Arbitration   | 31.05    | 76.50     |
|                          |          |          |              | Union Dues ATU          | 0.00     | 381.45    |
|                          |          |          |              | OSB Vol ADD EE          | 0.00     | 44.80     |
|                          |          |          |              | OSB Vol EE Life EE      | 0.00     | 103.00    |

|          | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY    |
|----------|-------------|---------------|-------------|------------------|------------|
| Current: | 2,631.15    | 1,728.85      | 253.14      | 1,098.32         | 1,279.69   |
| YTD:     | 25,095.59   | 21,324.76     | 3,071.31    | 6,119.91         | 15,904.37  |

| ACCRUALS        | Current | Balance |
|-----------------|---------|---------|
| Sick/Sal. Cont.:| 1.54    | 11.70   |
| Personal Hol:   | 0.00    | 0.00    |
| Vacation:       | 0.00    | 80.00   |

---

```
Greater Cleveland RTA                         Date                         Advice No.
1240 West Sixth Street                        07/16/15                     73738909
Cleveland OH 44113
```

| DIRECT DEPOSIT DISTRIBUTION |                |                |
|-----------------------------|----------------|----------------|
| Account Type                | Account Number | Deposit Amount |
| Checking Account            | XXX5902        | 1,279.69       |

Deposit Amount:        $1,279.69

To The
Account(s) of    Amy R. McGowan
                 1450 Golden Gate Drive  #D-8
                 Mayfield Heights, OH 44124
                 CK107 - Hayden District

| Total: | $1,279.69 |
|--------|-----------|

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| Greater Cleveland RTA<br>1240 West Sixth Street<br>Cleveland OH 44113 | | | Pay Begin Date: 07/05/15<br>Pay End Date: 07/18/15 | Check #: 73964913<br>Check Date: 07/30/15 | |
| Amy R. McGowan<br>1450 Golden Gate Drive #D-8<br>Mayfield Heights, OH 44124 | Employee ID: 100318<br>Department: 4622 Hayden Transportati<br>Pay Rate: $26.25 | | TAX DATA:<br>Marital Status: Married<br>Allowances: 2.00<br>Addl Amnt: 0.00 | Federal | OH State<br>Not Used<br>1.00<br>0.00 |

### EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Spread Time HRLY 50 | 1.25 | 16.41 | 108.88 |
| Spread Time HRLY 75 | 0.53 | 10.44 | 25.21 |
| Overtime Operator | 14.16 | 557.58 | 3,102.41 |
| Holiday Pay | | 0.00 | 1,260.00 |
| Hourly Health & Accident | | 0.00 | 2,301.60 |
| RTA Vacation Pay | | 0.00 | 2,100.00 |
| Sick Time Pay | | 0.00 | 551.25 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Accident Report | | 0.00 | 13.13 |
| Operator Labor | 80.00 | 2,100.00 | 18,107.54 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 231.15 | 1,695.58 |
| Cleveland | 53.69 | 525.77 |
| Mayfield Heights | 13.42 | 44.79 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 38.92 | 381.18 |
| PERS | 268.44 | 2,547.85 |
| OSB HMO Hlth OH EE | 0.00 | 1,468.67 |
| OSB NVA Vision EE | 0.00 | 3.36 |
| OSB MetLife Dental | 0.00 | 19.39 |
| OH State Tax | 73.99 | 618.53 |
| Triskett FCU | 153.08 | 1,836.96 |
| Local 268 Arbitration | 0.00 | 76.50 |
| CleveComSh | 0.00 | 59.45 |
| Union Dues ATU | 0.00 | 381.45 |
| OSB Vol ADD EE | 0.00 | 44.80 |
| OSB Vol EE Life EE | 0.00 | 103.00 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,684.43 | 2,415.99 | 411.17 | 421.52 | 1,851.74 |
| YTD: | 27,780.02 | 23,740.75 | 3,482.48 | 6,541.43 | 17,756.11 |

### ACCRUALS

| | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 13.24 |
| Personal Hol: | 0.00 | 0.00 |
| Vacation: | 0.00 | 80.00 |

---

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

Date: 07/30/15

Advice No. 73964913

Deposit Amount: $1,851.74

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking Account | XXX5902 | 1,851.74 |
| Total: | | $1,851.74 |

To The Account(s) of
Amy R. McGowan
1450 Golden Gate Drive #D-8
Mayfield Heights, OH 44124
CK107 - Hayden District

## NON-NEGOTIABLE

| | | | | | | |
|---|---|---|---|---|---|---|
| Greater Cleveland RTA  <br>1240 West Sixth Street  <br>Cleveland OH 44113 | | | Pay Begin Date: 07/19/15  <br>Pay End Date: 08/01/15 | | Check #: 74184981  <br>Check Date: 08/13/15 | |
| Amy R. McGowan  <br>1450 Golden Gate Drive #D-8  <br>Mayfield Heights, OH 44124 | | Employee ID: 100318  <br>Department: 4622 Hayden Transportati  <br>Pay Rate: $26.25 | TAX DATA:  <br>Marital Status:  <br>Allowances:  <br>Addl Amnt: | Federal  <br>Married  <br>2.00  <br>0.00 | OH State  <br>Not Used  <br>1.00  <br>0.00 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Current Hours | Current Earnings | YTD Earnings | Description | Current | YTD |
| Breaking In Student $1 Hr | 14.23 | 14.23 | 14.23 | Federal Tax | 287.69 | 1,983.27 |
| Spread Time HRLY 50 | 0.20 | 2.64 | 111.52 | Cleveland | 62.07 | 587.84 |
| Overtime Operator | 25.05 | 986.40 | 4,088.81 | Mayfield Heights | 15.52 | 60.31 |
| Spread Time HRLY 75 | | 0.00 | 25.21 | South Euclid | 0.00 | 216.63 |
| Holiday Pay | | 0.00 | 1,260.00 | Medicare | 45.00 | 426.18 |
| Hourly Health & Accident | | 0.00 | 2,301.60 | PERS | 310.33 | 2,858.18 |
| RTA Vacation Pay | | 0.00 | 2,100.00 | OSB HMO Hlth OH EE | 0.00 | 1,468.67 |
| Sick Time Pay | | 0.00 | 551.25 | OSB NVA Vision EE | 0.00 | 3.36 |
| Birthday Hol Pay | | 0.00 | 210.00 | OSB MetLife Dental | 0.00 | 19.39 |
| Accident Report | | 0.00 | 13.13 | OH State Tax | 89.14 | 707.67 |
| Operator Labor | 80.00 | 2,100.00 | 20,207.54 | Union Dues ATU | 55.95 | 437.40 |
| | | | | Triskett FCU | 153.08 | 1,990.04 |
| | | | | OSB Vol ADD EE | 4.00 | 48.80 |
| | | | | OSB Vol EE Life EE | 14.00 | 117.00 |
| | | | | Local 268 Arbitration | 0.00 | 76.50 |
| | | | | CleveComSh | 0.00 | 59.45 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,103.27 | 2,792.94 | 499.42 | 537.36 | 2,066.49 |
| YTD: | 30,883.29 | 26,533.69 | 3,981.90 | 7,078.79 | 19,822.60 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 14.78 |
| Personal Hol: | 16.00 | 16.00 |
| Vacation: | 0.00 | 80.00 |

---

Greater Cleveland RTA  
1240 West Sixth Street  
Cleveland OH 44113

Date  
08/13/15

Advice No.  
74184981

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking Account | XXX5902 | 2,066.49 |

Deposit Amount: $2,066.49

To The  
Account(s) of  Amy R. McGowan  
1450 Golden Gate Drive #D-8  
Mayfield Heights, OH 44124  
CK107 - Hayden District

Total: $2,066.49

**NON-NEGOTIABLE**

| Greater Cleveland RTA | | | | Pay Begin Date: 08/02/15 | Check #: 74473842 |
| --- | --- | --- | --- | --- | --- |
| 1240 West Sixth Street | | | | Pay End Date: 08/15/15 | Check Date: 08/27/15 |
| Cleveland OH 44113 | | | | | |

| | | | **TAX DATA:** | Federal | OH State |
| --- | --- | --- | --- | --- | --- |
| Amy R. McGowan | Employee ID: 100318 | | Marital Status: | Married | Not Used |
| 1450 Golden Gate Drive #D-8 | Department: 4622 Hayden Transportati | | Allowances: | 2.00 | 1.00 |
| Mayfield Heights, OH 44124 | Pay Rate: $26.25 | | Addl Amnt: | 0.00 | 0.00 |

### EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
| --- | --- | --- | --- |
| Accident Report | 1.00 | 26.25 | 39.38 |
| Sick Time Pay | 8.00 | 210.00 | 761.25 |
| Spread Time HRLY 50 | 1.25 | 16.41 | 127.93 |
| Spread Time HRLY 75 | 0.53 | 10.44 | 35.65 |
| Overtime Operator | 17.21 | 677.67 | 4,766.48 |
| Breaking In Student $1 Hr | | 0.00 | 14.23 |
| Holiday Pay | | 0.00 | 1,260.00 |
| Hourly Health & Accident | | 0.00 | 2,301.60 |
| RTA Vacation Pay | | 0.00 | 2,100.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Operator Labor | 72.00 | 1,890.00 | 22,097.54 |
| Team Incentive Award | | 0.00 | 10.41 |

### DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Federal Tax | 218.94 | 2,202.21 |
| Cleveland | 52.35 | 640.40 |
| Mayfield Heights | 13.09 | 73.45 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 37.96 | 464.29 |
| PERS | 283.08 | 3,141.26 |
| OSB HMO Hlth OH EE | 209.81 | 1,678.48 |
| OSB NVA Vision EE | 0.48 | 3.84 |
| OSB MetLife Dental | 2.77 | 22.16 |
| OH State Tax | 70.72 | 778.39 |
| CleveComSh | 11.89 | 71.34 |
| Triskett FCU | 153.08 | 2,143.12 |
| Union Dues ATU | 0.00 | 437.40 |
| OSB Vol ADD EE | 0.00 | 48.80 |
| OSB Vol EE Life EE | 0.00 | 117.00 |
| Local 268 Arbitration | 0.00 | 76.50 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 2,830.77 | 2,334.63 | 393.06 | 661.11 | 1,776.60 |
| YTD: | 33,724.47 | 28,878.73 | 4,375.37 | 7,739.90 | 21,609.20 |

| ACCRUALS | Current | Balance |
| --- | --- | --- |
| Sick/Sal. Cont.: | 1.54 | 8.32 |
| Personal Hol: | 16.00 | 16.00 |
| Vacation: | 0.00 | 80.00 |

---

Greater Cleveland RTA  
1240 West Sixth Street  
Cleveland OH 44113

Date  
08/27/15

Advice No.  
74473842

Deposit Amount: $1,776.60

| DIRECT DEPOSIT DISTRIBUTION | | |
| --- | --- | --- |
| Account Type | Account Number | Deposit Amount |
| Checking Account | XXX5902 | 1,776.60 |
| Total: | | $1,776.60 |

To The  
Account(s) of  Amy R. McGowan  
1450 Golden Gate Drive #D-8  
Mayfield Heights, OH 44124  
CK107 - Hayden District

## NON-NEGOTIABLE

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

| Pay Begin Date: | 08/16/15 | Check #: | 74610765 |
| Pay End Date: | 08/29/15 | Check Date: | 09/10/15 |

Amy R. McGowan
1450 Golden Gate Drive  #D-8
Mayfield Heights, OH 44124

Employee ID: 100318
Department: 4622 Hayden Transportati
Pay Rate: $26.25

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

## EARNINGS

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| RTA Vacation Pay | 40.00 | 1,050.00 | 3,150.00 |
| Sick Time Pay | 8.00 | 210.00 | 971.25 |
| Hourly Health & Accident | | 0.00 | 2,849.60 |
| Accident Report | | 0.00 | 39.38 |
| Spread Time HRLY 50 | | 0.00 | 127.93 |
| Spread Time HRLY 75 | | 0.00 | 35.65 |
| Overtime Operator | | 0.00 | 4,766.48 |
| Breaking In Student $1 Hr | | 0.00 | 14.23 |
| Holiday Pay | | 0.00 | 1,260.00 |
| Birthday Hol Pay | | 0.00 | 210.00 |
| Operator Labor | | 0.00 | 22,097.54 |
| Team Incentive Award | | 0.00 | 10.41 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 49.55 | 2,251.76 |
| Cleveland | 25.20 | 676.56 |
| Mayfield Heights | 6.30 | 82.49 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 18.27 | 490.51 |
| PERS | 126.00 | 3,267.26 |
| OSB HMO Hlth OH EE | 0.00 | 1,678.48 |
| OSB NVA Vision EE | 0.00 | 3.84 |
| OSB MetLife Dental | 0.00 | 22.16 |
| OH State Tax | 24.95 | 809.83 |
| Union Dues ATU | 55.95 | 493.35 |
| Triskett FCU | 153.08 | 2,296.20 |
| OSB Vol ADD EE | 4.00 | 52.80 |
| OSB Vol EE Life EE | 14.00 | 131.00 |
| CleveComSh | 0.00 | 71.34 |
| Local 268 Arbitration | 0.00 | 76.50 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,260.00 | 1,134.00 | 124.27 | 353.03 | 782.70 |
| YTD: | 35,532.47 | 30,560.73 | 4,527.78 | 8,092.93 | 22,911.76 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 1.86 |
| Personal Hol: | 0.00 | 16.00 |
| Vacation: | 0.00 | 40.00 |

---

Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

Date
09/10/15

Advice No.
74610765

Deposit Amount:        $782.70

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking Account | XXX5902 | 782.70 |
| Total: | | $782.70 |

To The
Account(s) of    Amy R. McGowan
                 1450 Golden Gate Drive  #D-8
                 Mayfield Heights, OH 44124
                 CK107 - Hayden District

## NON-NEGOTIABLE

## Greater Cleveland RTA
1240 West Sixth Street
Cleveland OH 44113

Amy R. McGowan
1450 Golden Gate Drive #D-8
Mayfield Heights, OH 44124

| | |
|---|---|
| Employee ID: | 100318 |
| Department: | 4622 Hayden Transportati |
| Pay Rate: | $26.25 |

| | | |
|---|---|---|
| Pay Begin Date: | 08/16/15 | Check #: 447079 |
| Pay End Date: | 08/29/15 | Check Date: 09/19/15 |

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Married | Not Used |
| Allowances: | 2.00 | 1.00 |
| Addl Amnt: | 0.00 | 0.00 |

### EARNINGS

| Description | Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| Hourly Health & Accident | 548.00 | | 3,397.60 |
| RTA Vacation Pay | 0.00 | | 3,150.00 |
| Sick Time Pay | 0.00 | | 971.25 |
| Accident Report | 0.00 | | 39.38 |
| Spread Time HRLY 50 | 0.00 | | 127.93 |
| Spread Time HRLY 75 | 0.00 | | 35.65 |
| Overtime Operator | 0.00 | | 4,766.48 |
| Breaking In Student $1 Hr | 0.00 | | 14.23 |
| Holiday Pay | 0.00 | | 1,260.00 |
| Birthday Hol Pay | 0.00 | | 210.00 |
| Operator Labor | 0.00 | | 22,097.54 |
| Team Incentive Award | 0.00 | | 10.41 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 2,251.76 |
| Cleveland | 10.96 | 687.52 |
| Mayfield Heights | 2.74 | 85.23 |
| South Euclid | 0.00 | 216.63 |
| Medicare | 7.94 | 498.45 |
| PERS | 0.00 | 3,267.26 |
| OSB HMO Hlth OH EE | 0.00 | 1,678.48 |
| OSB NVA Vision EE | 0.00 | 3.84 |
| OSB MetLife Dental | 0.00 | 22.16 |
| OH State Tax | 6.49 | 816.32 |
| Union Dues ATU | 0.00 | 493.35 |
| Triskett FCU | 0.00 | 2,296.20 |
| OSB Vol ADD EE | 0.00 | 52.80 |
| OSB Vol EE Life EE | 0.00 | 131.00 |
| CleveComSh | 0.00 | 71.34 |
| Local 268 Arbitration | 0.00 | 76.50 |

| | TOTAL GROSS | TAXABLE GROSS | TOTAL TAXES | OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 548.00 | 548.00 | 28.13 | 0.00 | 519.87 |
| YTD: | 36,080.47 | 31,108.73 | 4,555.91 | 8,092.93 | 23,431.63 |

| ACCRUALS | Current | Balance |
|---|---|---|
| Sick/Sal. Cont.: | 1.54 | 1.86 |
| Personal Hol: | 0.00 | 16.00 |
| Vacation: | 0.00 | 40.00 |